UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 14-cv-03870-RS<br><br>**ORDER TO SHOW CAUSE** |

　　　It appears that plaintiff Tanesha Davis may have abandoned this case for judicial review of the disposition in her request for social security benefits.  Plaintiff is ordered to file a motion for summary judgment, or to show good cause why she is unable to do so, by Friday, February 27, 2015.  This action will otherwise be dismissed without further notice.

　　　In addition, defendant Carolyn Colvin filed a form consenting to adjudication of this matter by a magistrate judge.  If plaintiff so wishes, she may also file her consent, and the matter will accordingly be randomly reassigned to a magistrate judge for all further proceedings.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
RICHARD SEEBORG
United States District Judge