UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA DAVIS,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br><br>            Defendant. | Case No. 14-cv-03870-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to both parties' consent, this matter is hereby referred to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED**.

Dated: February 25, 2015

_____
RICHARD SEEBORG
United States District Judge