UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 14-cv-03870-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Tanesha Davis, proceeding pro se, filed this action seeking review judicial review of the final decision by Defendant, the Commissioner of Social Security, denying her social security disability benefits claim. (Dkt. No. 1.) Plaintiff's motion for summary judgment or remand was due on December 30, 2014, but has not been filed. (Dkt. No. 3.) Plaintiff is hereby ordered to show cause and shall file her motion for summary judgment or remand **by April 17, 2015.** Plaintiff may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding her claims.

Failure to comply with this Order may result in the dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 27, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge